IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watson, Lorona | Case Number: 08 B 00217 |
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 1/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 856.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 800.36 |
| Trustee Fee: | | 55.64 |
| Other Funds: | | 0.00 |
| Totals: | 856.00 | 856.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 800.36 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 3,668.84 | 0.00 |
| 6. | American Home Mtg Servicing | Secured | 5,195.00 | 0.00 |
| 7. | HomEq Servicing Corp | Secured | 3,099.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 651.46 | 0.00 |
| 9. | Target National Bank | Unsecured | 5,311.89 | 0.00 |
| 10. | Innovative Merchant Solutions | Unsecured | 454.99 | 0.00 |
| 11. | Capital One | Unsecured | 3,467.72 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,334.68 | 0.00 |
| 13. | Macy's | Unsecured | 1,248.64 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,814.39 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 2,112.92 | 0.00 |
| 16. | City of Evanston | Unsecured | 95.00 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 2,522.21 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 2,813.04 | 0.00 |
| 19. | Cash LLC | Unsecured | | No Claim Filed |
| 20. | Dvra Billing | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | American General Finance | Unsecured | | No Claim Filed |
| 23. | Prince Parker & Assoc | Unsecured | | No Claim Filed |
| 24. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watson, Lorona | Case Number:  08 B 00217 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/13/08 | Filed:  1/7/08 |

                                                    _____      _____
                                                    $ 36,632.78     $ 800.36

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 55.64 |
| | _____ |
| | $ 55.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____